

# IN THE
# TENTH COURT OF APPEALS

## No. 10-15-00132-CR

**THE STATE OF TEXAS,**

                                                    **Appellant**

 **v.**

**BAILLIE ADRIAN MCKENZIE,**

                                                    **Appellee**

---

**From the County Court at Law No. 2
Brazos County, Texas
Trial Court No. 13-05340-CRM-CCL2**

---

## MEMORANDUM  OPINION

---

The State of Texas filed a notice of appeal from the trial court's order granting Appellee Baillie Adrian McKenzie's "Motion to Suppress Fruits of Illegal Detention." The State has now filed a motion to dismiss its appeal. We grant the State's motion to dismiss the appeal. *See* TEX. R. APP. P. 42.2(a).


REX D. DAVIS
Justice

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Dismissed
Opinion delivered and filed June 18, 2015
Do not publish
[CR25]

